IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. VENTURE, INC.,
a Wisconsin Corporation,

      Plaintiff,

                                       Case No.

v.

ZEUS AUTO FORCE, INC,
an Illinois Corporation,

      Defendant.

## DECLARATION OF MELISSA S. HOCKERSMITH

1.      My name is Melissa S. Hockersmith and I am a shareholder with the law firm of Ryan Kromholz & Manion, S.C.

2.      Ryan, Kromholz & Manion, S.C. represents U.S. Venture, Inc. ("U.S. Venture") in the above captioned case.

3.      On August 16, 2013 I sent a cease and desist letter to Zeus Auto Force, Inc. ("Zeus Auto Force") informing Zeus Auto Force of the U.S. AUTOFORCE Mark and demanding that Zeus Auto Force cease and desist from using the ZEUS AUTO FORCE Mark and change its company name, logo, website and advertising. A true and correct copy of this letter is attached as Exhibit A.

4.      I received a letter dated August 27, 2013 requesting until September 15, 2013 to provide a substantive response to my August 16, 2013 letter. A true and correct copy of this letter is attached as Exhibit B.

5.      I received a substantive response dated September 17, 2013 from Zeus Auto Force's attorneys indicating that Zeus Auto Force did not believe there was a likelihood of confusion and asserting that U.S. Venture's mark was weak. A true and correct copy of this letter is attached as Exhibit C.

**EXHIBIT 2**

6.      On December 4, 2013 I sent a letter to Zeus Auto Force's attorney responding to the points of the September 17, 2013 letter, rebutting Zeus Auto Force's position with regard to likelihood of confusion, and demanding that Zeus Auto Force confirm by December 19, 2013 that it would cease and desist use of the words "AUTO FORCE" in its company name, logo, website and advertisement of services. A true and correct copy of this letter is attached as Exhibit D.

7.      To this date, my firm has not received a response to the December 4, 2013 letter from either from Zeus Auto Force or its attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1 day of April, 2014.

By:   /Melissa S. Hockersmith/
         Melissa S. Hockersmith